PJR/tab         Attorney Code:  141         Our File No. 5574-25358

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IRENE HERNANDEZ, Special Administrator, ) <br> Of the Estate of IGNACIO G. OCHOA, deceased, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CITY OF OAK FOREST, ILLINOIS and ) <br> AS YET UNNAMED DEFENDANTS, ) <br> ) <br> Defendants. ) | No. 07 CV 6542 <br><br> **Judge Gottschall** |

## NOTICE OF MOTION

TO:    David A. Cerda
       333 West Wacker Dr., Suite 500
       Chicago, IL 60606

On **January 24, 2008** at **9:30 a.m.** or as soon thereafter as counsel may be heard, and shall appear before the Judge Joan B. Gottschall in the Courtroom usually occupied by her in Room 2325 of the Dirksen Building 219 South Dearborn, Chicago, Illinois, and shall then and there present the enclosed Defendant's Motion to Dismiss.

                                    DOWD & DOWD, LTD.


                            By:     /s/ Patrick J. Ruberry_____
                                    Attorneys for Defendant,
                                    CITY OF OAK FOREST

Patrick J. Ruberry
Dowd & Dowd, Ltd.
617 W. Fulton Street
Chicago, IL  60661
Tx:  312/704-4400
Fx:  312/704-4500

**CERTIFICATE OF SERVICE**

    I, an attorney, state that the Defendant's notice of motion to dismiss was served electronically to all law firms of record via ECF on January 16, 2008.

                                                     By:    /s/ Patrick J. Ruberry_____
                                                                  Attorney for Defendant,
                                                                 CITY OF OAK FOREST

Patrick J. Ruberry
Dowd & Dowd, Ltd.
617 W. Fulton Street
Chicago, IL  60661
Tx:  312/704-4400
Fx:  312/704-4500