UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
Eastern Division

Irene Hernandez
                              Plaintiff,

v.                                              Case No.: 1:07−cv−06542
                                                            Honorable Joan B. Gottschall

City of Oak Forest, Illinois, et al.
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, March 5, 2008:

      MINUTE entry before Judge Joan B. Gottschall : Motion Hearing re: Defendant's motion to dismiss[9] set for 3/05/2008 at 09:30 AM is stricken and reset to 3/12/2008 at 9:30AM by request of the parties via telephone on 3/5/2008. Status hearing is reset to 3/12/2008 at 9:30AM. Mailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.