**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0**
**Eastern Division**

Irene Hernandez
                               Plaintiff,

v.                                              Case No.: 1:07−cv−06542
                                                Honorable Joan B. Gottschall

City of Oak Forest, Illinois, et al.
                               Defendant.


**NOTIFICATION OF DOCKET ENTRY**


This docket entry was made by the Clerk on Wednesday, March 12, 2008:

   MINUTE entry before Judge Joan B. Gottschall : Status hearing held on 3/12/2008 and continued to 5/7/2008 at 09:30 AM. MOTION by Defendant City of Oak Forest, Illinois to dismiss [9] is granted. Plaintiff is given leave to replead and file amended complaint by 4/21/2008. Defendant to respond to complaint on or before 5/5/2008. Rule 26(a)(1) disclosures shall be exchanged by 3/26/2008. Mailed notice(rj, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.