**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

Irene Hernandez
                                         Plaintiff,

v.                                                                     Case No.: 1:07−cv−06542
                                                                             Honorable Joan B. Gottschall

City of Oak Forest, Illinois, et al.
                                          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, May 7, 2008:

      MINUTE entry before Judge Honorable Joan B. Gottschall:Status hearing held on 5/7/2008. ( Status hearing set for 6/18/2008 at 09:30 AM.) The court grants Plaintiff's counsel oral motion for leave to file amended complaint by 5/14/2008 is granted. Mailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.