

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604



FILED
5-27-2008
MAY 27 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## NOTIFICATION OF CHANGE OF ADDRESS

| | |
|---|---|
| NAME: | David A. Cerda |
| FIRM: | Cerda Law Office |
| STREET ADDRESS: | 440 N. Wabash Ave., Suite 4905 |
| CITY/STATE/ZIP: | Chicago, Illinois 60611 |
| PHONE NUMBER: | (312) 223-9890 |
| ARDC NO. (If Member of Illinois State Bar): | 6203954 |

☑ I am a member of the General Bar for the Northern District of Illinois.

☐ Have you filed an appearance with this Court using a different name? If so, please indicate on the line provided: _____

*I currently have an appearance on file for the following active case(s):*

| Case Number | Case Title | Assigned Judge |
|---|---|---|
| 07 C 6542 | Hernandez v. City of Oak Forest, Illinois et al | Gottschall |
| 07 C 5221 | Carmichael v. Village of Palatine, Illinois et al | Kendall |
| 07 C 5253 | Padilla v. City of Chicago, et al | Zagel |
| 08 C 2735 | Sanchez v. City of Chicago, et al | Castillo |
| | | |

_____          5-26-08
Attorney's Signature                Date

Return completed form by FAX to 312-554-8512 Attn: Attorney Admissions, or by mail to Attorney Admissions, 219 S. Dearborn, Room 2050, Chicago, Illinois 60604