# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Irene Hernandez
                                      Plaintiff,

v.                                                            Case No.: 1:07−cv−06542
                                                                  Honorable Joan B. Gottschall

City of Oak Forest, Illinois, et al.
                                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, August 13, 2008:

      MINUTE entry before the Honorable Joan B. Gottschall:Status hearing held on 8/13/2008. Defendants to answer or otherwise plead by 8/13/2008. Rule 26(a)(1) disclosures shall be exchanged by 8/27/2008. Parties to initiate discovery 9/10/2008. ( Status hearing set for 10/1/2008 at 09:30 AM.)Mailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.